UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| WILLIAM D. PARKER | : | |
| MARY AYERS PARKER | : | |
| Debtors | : | BKY NO. 12-14623 REF |

| | | |
|---|---|---|
| Scott F. Waterman, Esquire | : | |
| Standing Chapter 13 Trustee | : | Adversary Action No. 19-00042 |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| St. Joseph Medical Center | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, upon consideration of the Plaintiff's Motion for Default Judgment and after notice,

It is **ORDERED** and **DETERMINED** that:

1. The Motion is **Granted**.

2. Judgment shall be entered in favor of Plaintiff, Scott F. Waterman, Esquire, Standing Chapter 13 Trustee and against St. Joseph Medical Center in the amount of $1,473.00.

BY THE COURT:

**Date: April 3, 2019**

_____

**Richard E. Fehling**
**Chief United States Bankruptcy Judge**